IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SALMONICA PRADO,

    *Plaintiff*,

    -*vs*-

CITY OF BURBANK and
BURBANK POLICE OFFICERS
M. HEHL, J. MALACINA, and
PEREZ,

    *Defendants*.

No. 12 CV ____

*(jury demand)*

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. §1343 and 28 U.S.C. §1367.

2. Plaintiff Salmonica Prado is a resident of the Northern District of Illinois.

3. Defendant City of Burbank is an Illinois municipal corporation. Plaintiff joins the municipality as a defendant on plaintiff's state law claim only.

4. Defendants M. Hehl, J. Malacina, and Perez were at all times relevant acting under color of their office as police officers of defendant City of Burbank.

5. On August 16, 2010, defendants Hehl, Malacina, and Perez entered plaintiff's dwelling in the City of Burbank, Illinois. The officers did not have a warrant or other lawful justification to enter the dwelling.

6. After unlawfully entering plaintiff's dwelling, defendant Hehl used excessive and unreasonable force against plaintiff, causing her to receive serious personal injuries.

7. To disguise Hehl's wrongdoing, defendants Hehl, Malacina, and Perez concocted the false tale that plaintiff's injuries were self inflicted and caused plaintiff to be charged with having committed a battery against Hehl.

8. As a result of the above described wrongdoing of the defendants Hehl, Malacina, and Perez, plaintiff was charged with battery and required to defend against criminal charges.

9. The criminal charges were resolved in plaintiff's favor at trial on March 16, 2012 when she was found not guilty.

10. As a result of the foregoing, plaintiff was deprived of rights secured by the Fourth and Fourteenth Amendments to the Constitution of the United States and subjected to the Illinois tort of malicious prosecution.

11. Plaintiff hereby demands trial by jury.

WHEREFORE plaintiff requests that judgment be entered against defendants Hehl, Malacina, and Perez in an amount in excess of fifty thousand dollars as compensatory damages and in an amount in excess of fifty thousand dollars as punitive damages. Plaintiff also requests that judgment be entered against defendant City of Burbank in an amount in excess of fifty thousand dollars as compensatory damages on plaintiff's malicious prosecution claim.

/s/ Kenneth N. Flaxman
KENNETH N. FLAXMAN
ARDC No. 830399
200 S Michigan Ave Ste 1240
Chicago, IL 60604-2430
(312) 427-3200

*Attorney for Plaintiff*